UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

Willie J Amos,
Barbara J Farmer-Amos,
                DEBTORS.
_____/

CHAPTER 13
CASE NO. 11-61853-MBM
JUDGE MARCI B. MCIVOR

**STIPULATION FOR ENTRY OF
ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS**

    The Chapter 13 Standing Trustee, David Wm. Ruskin and Debtor Attorney, Cartwright Law Firm PC, hereby stipulate and agree to the entry of an ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS in the form attached hereto as Exhibit 1.

Approved:

/s/ David Wm. Ruskin
DAVID WM. RUSKIN (P26803)
LISA K. MULLEN (P55478)
THOMAS D. DECARLO (P65330)
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
Telephone (248) 352-7755

/s/ Kristin Snyder
KRISTIN SNYDER (P71838)
CARTWRIGHT LAW FIRM PC
Attorney for Debtor
24750 LAHSER ROAD,
SOUTHFIELD, MI 48033-0000

Dated: March 12, 2013

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION - DETROIT

**IN RE:**

Willie J Amos,
Barbara J Farmer-Amos,

                        DEBTORS.

_____/

CHAPTER 13
CASE NO. 11-61853-MBM
JUDGE MARCI B. MCIVOR

### ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS

      This matter having come on for hearing on March 7, 2013, regarding Trustee's Motion to Dismiss for Failure to Make Payments Under Chapter 13 Plan, the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon any party by way of this action, unless noted below, thus no notice is required to be given; now therefore

      IT IS HEREBY ORDERED that the debtors shall convert the case to a proceeding under Chapter 7 on or before May 7, 2013, or the case shall be dismissed by Trustee Affidavit without further notice or hearing.

Exhibit 1