UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Willie and Barbara Amos,   Case No. 11-61853-mbm
                                  Chapter 13
    Debtor,                       Hon. Marci M. McIvor
_____/

## APPLICATION FOR CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7

Debtor(s), by and through their attorney, ANDREA D. CARTWRIGHT, request that their Chapter 13 case be converted to a case under Chapter 7 pursuant to 11 USC 1307.

LAW OFFICES OF ANDREA D. CARTWRIGHT

_/s/_ Andrea D. Cartwright_____
ANDREA D. CARTWRIGHT (P53463)
Attorney for Debtor
24750 Lahser Rd.
Southfield, MI 48033
(248) 352-8722
cartwrighta@prodigy.net

Dated: May 7, 2013

_/s/ Willie Amos_____
Willie Amos, Debtor

_/s/ Barbara Amos_____
Barbara Amos, Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: Willie and Barbara Amos,          Case No. 11-61853
                                                   Chapter 13
           Debtor,                         Hon. Marci M. McIvor
_____/

## ORDER TO CONVERT CHAPTER 13 TO A CHAPTER 7 BANKRUPTCY

       WHEREAS, upon hearing and filing of the Notice to Convert Debtors' Chapter 13 to a Chapter 7 Bankruptcy with all interested parties having been filed and the Court being fully advised as to the premises;

       IT IS HEREBY ORDERED that the Chapter 13 case shall be converted to a case under Chapter 7 pursuant to 11 USC 1307.

       IT IS FURTHER ORDERED that Debtor's shall serve this Order upon all interested parties in this matter.